Freddy Tellez #89240
Saguaro Correctional Center
1252 E. Arica Rd.,
Eloy, Arizona, 85131

☒ FILED  ___ LODGED
___ RECEIVED  ___ COPY

JUN 0 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FREDDY TELLEZ,<br>  Plaintiff,<br><br>vs.<br><br>E. AGUILAR,<br>  Defendant. | Case No : **CV23-00974-PHX-ROS--ESW**<br><br>**PRISONER 42 U.S.C. § 1983**<br>**CIVIL RIGHTS COMPLAINT** |

### A) JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   <u>28 U.S.C. § 1343(a); 42 U.S.C. § 1983</u>

2. Institution/city where violation occurred:

   <u>Saguaro Correction Center, Eloy, Arizona, 85131</u>

### B) DEFENDANTS

Defendant, **E. Aguilar, <u>(herein now as Aguilar),</u>** is a citizen of Arizona State, whose address is 1252 E. Arica Rd., Eloy, Arizona, 85131, and who is employed as Disciplinary Hearing Officer for Saguaro Correction Center for CoreCivic, Inc. is being sued in her individually and official capacity.

### C) PREVIOUS LAWSUITS

1. Have you files my any other lawsuits while you were a prisoner?     "<u>NO</u>"

### D) CAUSE OF ACTION

#### COUNT I

1. State the constitutional or other federal civil right that was violated:

   <u>Plaintiffs right to Due Process under the **FIFTH and FOURTEENTH** amendments of United States Constitution.</u>

2. **COURT I**. **Identify the issue involved**.  Disciplinary Proceedings

3. **Supporting Facts**. State as briefly as possible the FACTS supporting Court I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

1. On or about December 10th, 2020, Plaintiff was placed within the Saguaro Correction Center segregation unit (called Hotel Bravo).

4. On or about December 14th, 2020, Plaintiff received a Idaho Department of Correction Idaho Department of Correction Disciplinary Offense Report for allege violating prison rules. **"Possession of Unauthorized Communication equipment (Secure Facility)(Class A)"**

5. On or about December 16th, 2020, a Prison Disciplinary Hearing was held by Defendant **Aguilar**. During the Prison Disciplinary Hearing, Defendant **Aguilar** read the Plaintiff an Idaho Department of Correction Disciplinary Offense Report (dated Dec. 14th, 2020) and asked the Plaintiff, how does the Plaintiff plead to the IDOC Offense Report "**Possession of Unauthorized Communication equipment (Secure Facility)(Class A)**", at which time the Plaintiff plead **NOT GUILTY and stated the cell phone was not his, etc.**

6. The deliberate indifference exercised by Defendant **Aguilar** disciplinary hearing officer knowingly and willingly not allowing the Plaintiff the right to **24 hrs. NOTICE** before any prison disciplinary hearing, deliberately violating the Plaintiff liberty interest in preparing a **DEFENSE** before any prison disciplinary hearing, deliberately violating Plaintiffs right to due process under the **FIFTH and FOURTEENTH** amendments to the United States Constitution.

7. The deliberate indifference exercised by Defendant **Aguilar** (DHO) knowingly and willingly not allowing the Plaintiff the right to know what the **definition** of **Possession of Unauthorized Communication equipment (Secure Facility)(Class A)** was during the prison disciplinary hearing, as the Plaintiff did not have a Idaho Inmate Handbook, deliberately violating the Plaintiff liberty interest right to due rpocess under the **FIFTH and FOURTEENTH** amendments to the United States Constitution.

8. The deliberate indifference exercised by Defendant **Aguilar (DHO)** knowingly and willingly not allowing the Plaintiff the right to **CALLING WITNESSES and/or to present WITNESSES STATEMENTS** during a prison disciplinary hearing, deliberately violates the Plaintiff liberty interest right to due process under the **FIFTH and FOURTEENTH** amendments to the United States Constitution.

9. The deliberate indifference exercised by Defendant **Aguilar (DHO)** knowingly and willingly not allowing the Plaintiff the right to **PRESENT EVIDENCE** or at least have a photocopy of the alleged **EVIDENCE (several photos' of alleged cell phone) PRESENT** during the prison disciplinary hearing, deliberately violating the Plaintiff liberty interest right to due process under the **FIFTH and FOURTEENTH** amendments to the United States Constitution.

10. The deliberate indifference exercised by Defendant **Aguilar (DHO)** knowingly and willingly not allowing the Plaintiff the right to know what Defendant **Aguilar** (DHO), based her **(Aguilar) FINDING AND DECISION** on, other then Staff Report, deliberately violating the Plaintiff liberty interest right to **due rpocess** under the **FIFTH and FOURTEENTH** amendments to the United States Constitution.

4. **Injury.** **State how you were injured by the actions or inaction of the Defendant(s)**

Plaintiff has a liberty interest in not being wrongfully placed within the Saguaro Correction Center SEGREGATION UNIT, and a liberty interest in not being wrongfully charged with a **FELONY CRIMINAL** case that would extend Plaintiffs prison sentence.

5. **Administrative Remedies:**

    a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    "YES"

    b. Did you submit a request for administrative relief on Court I?    "YES"

    c. Did you appeal your request for relief on COUNT I to the highest level?    "YES"

    d. If you did not submit or appeal a request for administrative relief at any time, briefly explain why you did not.

## F) *REQUEST FOR RELIEF*

Plaintiff request **NOMINAL** Damage in the amount of $50,000.00 per Defendant for each day that Plaintiff was wrongfully in the Segregation unit to vindicate Plaintiff rights, in place of no actual damage was sustained.

Plaintiff request **PUNITIVE** Damage in the amount of $2,000,000.00 from each Defendant for **DELIBERATE/INTENTIONALLY** violating Plaintiff rights to DUE PROCESS during a Prison Disciplinary Hearing.

Plaintiff request **ACTUAL** Damage in the amount of $50,000.00 from Defendant to **COMPENSATE** Plaintiff for OUT-OF-POCKET expenses (Legal photo-copies, postage and reasonable attorneys fees (jailhouse lawyer) and any other relief to be determined by this COURT and/or by jury trial.

I declare under penalty that the foregoing is true and correct.

Executed on __26__ day of ____May____, 2023

_____
Plaintiff FREDDY TELLEZ

**RANDY CARL EILAND**
Acting as Jailhouse Lawyer
for Plaintiff Freddy Tellez
Saguaro Correction Center
1252 E. Arica Rd.,
Eloy, Arizona, 85131

Freddy Tellez #89240
Saguaro Correctional Center
1252 E. Arica Rd.,
Eloy, Arizona, 85131

# CERTIFICATION OF MAILING DECLARE UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

That I am the Plaintiff, _Freddy Tellez_ in this action and that I have read the **42 U.S.C. § 1983 Civil Right Complain, Application to Proceed In Forma Pauperis,** and that the information contained in the **42 U.S.C. § 1983 Civil Right Complain, Application to Proceed In Forma Pauperis** is true and correct to the best of my (Plaintiffs') personal knowledge.    28 U.S.C. §18 U.S.C. §1621.

DATED this _26_ day of _May_, 2023

_____
Plaintiff  Freddy Tellez

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY That on the _26_ day of _May_, 2023, I, Freddy Tellez, mailed a true and correct copy of the above listed documents, via prison mail system for processing to the U.S. mail system to:

U.S. District Court Clerk's Office
Sandra Day O'Connor U.S. Courthouse, Suit 130
401 W. Washington Street. SPC 1
PHOENIX, AZ. 85003-2118