# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Freddy Tellez,<br><br>        Plaintiff,<br><br>v.<br><br>E. Aguilar,<br><br>        Defendant. | NO. CV-23-00974-PHX-ROS (ESW)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed March 5, 2024, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice for failure to state a claim. This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

April 18, 2024

                                              s/ K. James
                                      By    Deputy Clerk